UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FRANCISCO GUZMAN CABRERA,

Plaintiff,

-against-

UNITED STATES OF AMERICA; U.S. DISTRICT
COURT, SOUTHERN DISTRICT OF NY; CHIEF
JUDGE COLEEN McMAHON; U.S. DEPARTMENT
OF JUSTICE; NY GOVERNOR ANDREW CUOMO,

Defendants.

21-CV-4154 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 21, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 21, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge